FILED
CLERK, U.S. DISTRICT COURT

JUN I 0 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | CASE NO. CR 10-0567-13 |
| v. ) | |
| ) | ORDER OF DETENTION |
| SARA EMERT ) | |
| Defendant. ) | |

## I.

A. (✔)   On motion of the Government in a case allegedly involving:

    1. ( )   a crime of violence.

    2. ( )   an offense with maximum sentence of life imprisonment or death.

    3. (✔)   a narcotics or controlled substance offense with maximum sentence of ten or more years .

    4. ( )   any felony - where the defendant has been convicted of two or more prior offenses described above.

    5. ( )   any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive device or any other dangerous weapon, or a failure to register under 18 U.S.C § 2250.

B. (✔)   On motion by the Government / ( ) on Court's own motion, in a case

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

1   allegedly involving:

2   (✔)    On the further allegation by the Government of:

3     1. (✔)    a serious risk that the defendant will flee.

4     2. ( )    a serious risk that the defendant will:

5       a. ( ) obstruct or attempt to obstruct justice.

6       b. ( ) threaten, injure, or intimidate a prospective witness or juror or

7         attempt to do so.

8   C. The Government (✔) is/ ( ) is not entitled to a rebuttable presumption that no

9   condition or combination of conditions will reasonably assure the defendant's

10   appearance as required and the safety of any person or the community.

11

12   II.

13   A. (✔)    The Court finds that no condition or combination of conditions will

14   reasonably assure:

15     1. (✔)    the appearance of the defendant as required.

16       (✔)    and/or

17     2. (✔)    the safety of any person or the community.

18   B. (✔)    The Court finds that the defendant has not rebutted by sufficient

19   evidence to the contrary the presumption provided by statute.

20

21   III.

22   The Court has considered:

23   A. the nature and circumstances of the offense(s) charged, including whether the

24   offense is a crime of violence, a Federal crime of terrorism, or involves a minor

25   victim or a controlled substance, firearm, explosive, or destructive device;

26   B. the weight of evidence against the defendant;

27   C. the history and characteristics of the defendant; and

28   D. the nature and seriousness of the danger to any person or to the community.

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

**IV.**

The Court also has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report/recommendation.

**V.**

The Court bases the foregoing finding(s) on the following:

A. (✔)   As to flight risk: Defendant is unemployed; has prior failures to appear; and seems to have violated a state court probation.

B. (✔)   As to danger: Defendant faces serious allegations in the instant indictment.  On page 11 of the indictment, it is alleged that she sold drugs on behalf a criminal street gang known as "Puente-13"; relayed messages for the gang; and stored narcotics and guns at her residence. On page 45 of the indictment, it is also alleged that she sold drugs while two minors were present at her residence.  Among other things, this "Puente-13" gang is alleged to have committed murder.  In addition, Defendant has a criminal history involving drug use, including a highly concerning event in February 2010.  On February 3, 2010, the L.A. County Sheriff's Department executed a search of Defendant's premises and recovered several items indicating a sale of narcotics, e.g., several plastic bags containing methamphetamine, two digital scales, a police scanner, and a surveillance camera and TV monitor.  The Sheriff's Department incident report further reflects that she admitted certain criminal activity, including possession of narcotics and that "she last used methamphetamine two days ago." Defendant is presently seven (7) months pregnant, and thus was approximately three (3) months pregnant at the time of the incident,

1    including at the time of the methamphetamine use.  The original U.S.

2    Pretrial Services Report dated June 8, 2010 and certain confidential

3    information contained therein on page six further strengthens the

4    Court's conclusion here.

5                                         VI.

6    A. (  )      The Court finds that a serious risk exists that the defendant will:

7         1. (  ) obstruct  or  attempt to  obstruct  justice.

8         2. (  ) attempt to/ (  ) threaten, injure or intimidate a witness or juror.

9

10   B. The Court bases the foregoing finding(s) on the following: _____

11   _____

12   _____

13   _____

14   _____

15   _____

16   _____

17   _____

18

19                                        VII.

20   A. IT IS THEREFORE ORDERED that the defendant be detained prior to trial.

21   B. IT IS FURTHER ORDERED that the defendant be committed to the

22   custody of the Attorney General for confinement in a corrections facility

23   separate, to the extent practicable, from persons awaiting or serving

24   sentences or being held in custody pending appeal.

25   C. IT IS FURTHER ORDERED that the defendant be afforded reasonable

26   opportunity for private consultation with counsel.

27   /

28   /

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

1    D. IT IS FURTHER ORDERED that, on order of a Court of the United States

2    or on request of any attorney for the Government, the person in charge of

3    the corrections facility in which the defendant is confined deliver the

4    defendant to a United States marshal for the purpose of an appearance in

5    connection with a court proceeding.

6

7

8

9    DATED: June 10, 2010

10   HON. JAY C. GANDHI
     UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))

CR-94 (06/07)